UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| ALEXANDER PASTENE, | ) | Civil Action No. 9:19-cv-1210-RMG-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | |
| | ) | **ORDER** |
| | ) | |
| LONG COVE CLUB OF HHI, S.C., | ) | |
| GENERAL MANAGER L. CRIMMINS, | ) | |
| DIANE ADAMS, ASHLEY DAVIS, | ) | |
| MICHAEL COCHRAN, GUATEMALAN | ) | |
| WORKER SO-CALLED OSMAR and | ) | |
| HIS WIFE YURICA, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This action arises from Plaintiff's employment. Plaintiff is proceeding pro se. Presently before the court is Defendants' Motion to Compel (ECF No. 46). All pretrial proceedings in this case were referred to the undersigned pursuant to the provisions of 28 U.S.C. § 636(b)(1)(A) and (B) and Local Rule 73.02(B)(2)(g), DSC. Defendants served Interrogatories and Requests for Production on Plaintiff, who partially responded after an extension granted by Defendants. Upon receiving Plaintiff's partial responses, Defendants sent Plaintiff additional correspondence noting that Plaintiff had failed to respond to Requests for Production 4, 5, 11, 12, 13, 14, 15, 16, 17, and had "either failed to provide answers or provided largely unresponsive answers" to the Interrogatories. Plaintiff has not provided the additional discovery or otherwise responded to Defendants' correspondence. Plaintiff has also failed to respond to the present motion to compel. Accordingly, Defendants' Motion to Compel (ECF No. 46) is **GRANTED** without opposition, and Plaintiff is directed to fully respond to Defendants' Interrogatories and Requests for Production (as set forth in detail in

-2-

Defendants' motion) within twenty days of the date of this order.

    **IT IS SO ORDERED.**

                                             s/Thomas E. Rogers, III
                                             Thomas E. Rogers, III
                                             United States Magistrate Judge

November 10, 2020
Florence, South Carolina